UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Southwestern Bell Mobil Systems,
                Plaintiff

                                                        CIVIL ACTION

        V.
                                                        NO. 04-40003-FDS

Clark, et al.,
                Defendant

ORDER OF DISMISSAL

Saylor, D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on    10/27/04   , it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                        By the Court,

   12/22/04                                             /s/ Martin Castles
     Date                                               Deputy Clerk

(4mdism.ord - 09/96)                                                        [odism.]